# SULLIVAN STOLIER

**SULLIVAN STOLIER KNIGHT LC**

909 Poydras St., Suite 2600
New Orleans, LA 70112
504.561.1044 Phone
504.561.8606 Fax
thehealthlawcenter.com

*Federal Tax I.D. #: 27-3132424*

Invoice Date: September 30, 2012
Invoice Number     61131

*Dan Daigle, Mgr.*
**Crescent City Specialty Hospital**
804 N. Causeway Blvd.
Suite A
Metairie, LA 70001
**Regarding:**
File No: 4168-01
Healthcare regulatory/business matters

**Confidential & Privileged**
**Attorney-Client Communication**

**For professional services rendered:**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/10/12 | SMS | Telephone conference with Dan and Charles regarding new developments with respect to Kindred closing; arrange for LOI; telephone conference with West Jeff's counsel; review and revise LOI. | 2.50 |
| 09/10/12 | TPH | Multiple conferences regarding relocation requirements; multiple follow ups to Lori Guillory of DHH; draft correspondence regarding same. | 1.25 |
| 09/10/12 | MRS | Review emails regarding LOI with WJMC; draft LOI; revise LOI based on prior WJMC LOI's; telephone conference with Charles Matthews; revise LOI; forward to client. | 2.00 |
| 09/10/12 | LA | Researched legal name for hospital; reviewed letter of intent. | 0.50 |
| 09/11/12 | SMS | Confer with client and agency representatives; telephone conference and emails to Kindred; report to client. | 2.50 |
| 09/11/12 | TPH | Multiple conferences and correspondences regarding expedited and abbreviated relocation approval; review and revision of licensure application for same; review and revision of licensure questionnaire for same; conference call with Lori Guillory and DHH Health Standards regarding same. | 2.00 |
| 09/11/12 | MRS | Draft and revise letter of Intent and non-shop agreement. | 2.50 |
| 09/12/12 | SMS | Telephone conference with state agency and CMS regarding relocations; telephone conference with Tara Foto Esq.; telephone conference with Mike Rabalais and C. Matthews. | 2.00 |
| 09/12/12 | TPH | Multiple follow ups to Charles Matthews regarding relocation project; call with Charles Matthews and Mike Rabalais; draft correspondence. | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/13/12 | SMS | Telephone conference regarding relocation; review regulations; confer with client and DHH. | 2.25 |
| 09/13/12 | TPH | Confer regarding relocation and Plan Review; draft correspondence to Mike Rabalais regarding same. | 0.25 |
| 09/14/12 | TPH | Confer regarding relocation; draft correspondence to Mike Rabalais. | 0.25 |
| 09/17/12 | SMS | Review and substantially revise letter ot counsel for lessor; telephone conference with clients counsel. | 1.25 |
| 09/17/12 | TPH | Review lease agreement; follow up with Mike Rabalais on licensing. | 0.25 |
| 09/18/12 | SMS | Review lease; participate in conference call; prepare correspondence to Tara Foto. | 1.50 |
| 09/18/12 | SMS | Prepare draft amendment to cooperative endeavor lease and transmittal correspondence. | 1.25 |
| 09/18/12 | SMS | Telephone conference with Jan Turk at Kindred regarding subletting and purchase of equipment; report to client. | 0.50 |
| 09/18/12 | SMS | Review and revise lease agreement; prepare correspondence to WJMC. | 2.00 |
| 09/18/12 | TPH | Multiple conferences regarding relocation process and timeframe requirements; research and review of same. | 0.50 |
| 09/19/12 | SMS | Review and revise cooperative endeavor lease; prepare amendments to protect LTCH. | 2.75 |
| 09/19/12 | SMS | Telephone conference with Robert Mouton regarding alternatives for settlement; report to client. | 1.00 |
| 09/19/12 | TPH | Draft letter outlining licensure and certification requirements for relocation, including timelines and all regulatory notices and forms; multiple reviews and revision of same; organize exhibits for same; draft correspondence regarding same. | 2.00 |
| 09/20/12 | SMS | Telephone conference with Rob Mouton regarding issues related to settlement; discuss several alternatives. | 0.50 |
| 09/20/12 | SMS | Telephone conference with WJMC, Tara Foto; telephone conference with Charles and Dan regarding alternatives to expedite. | 0.75 |
| 09/20/12 | TPH | Confer regarding relocation; draft correspondence to Mike Rabalais regarding status of licensure information. | 0.25 |
| 09/21/12 | SMS | Telephone call with Rob Mouton; report to client; discuss settlement issues; telephone conference with Rob Mouton; report on rebuff from judge. | 0.75 |
| 09/21/12 | SMS | Telephone conference with Dan Daigle, Rob Mouton and Charles | 1.25 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Matthews; telephone call with Jan Turk and Greg Muller; report to client. | |
| 09/21/12 | TPH | Review and revision of all licensure and regulatory filings for relocation; multiple conferences regarding same; draft correspondence to Mike Rabalais regarding same. | 1.75 |
| 09/24/12 | TPH | Multiple conferences regarding licensure information for relocation; review additional information from client; update regulatory filings for same; call with Mike Rabalais. | 0.50 |
| 09/25/12 | SMS | Telephone conference with client and Kindred; review lease; telephone conference with Brock Hardaway; confer with client; prepare offer to Kindred. | 2.50 |
| 09/26/12 | SMS | Review and respond to Kindred email; confer with client and discuss strategy. | 1.00 |
| 09/26/12 | VJK | Extended conference about possible purchase of the Kindred LTCH located in West Jefferson Medical Center and about issues and concerns related to same; draft healthcare related representations and warranties which would protect the potential buyers of the Kindred LTAC; draft and review emails about same and about binding letter agreement. | 1.25 |
| 09/26/12 | TPH | Multiple conferences regarding licensure and certification matters for relocation of hospital. | 0.25 |
| 09/28/12 | MRS | Review Stark question regarding under arrangement for surgery; review Stark indirect compensation arrangement exception. | 0.50 |

Total professional services: 42.75    14,156.25

## Attorney Time Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lauren Ambler | 0.50 | 275.00 | $137.50 |
| Michael R. Schulze | 5.00 | 300.00 | $1,500.00 |
| Stephen M. Sullivan | 26.25 | 350.00 | $9,187.50 |
| Thuy P. Huynh | 9.75 | 300.00 | $2,925.00 |
| Vinson J. Knight | 1.25 | 325.00 | $406.25 |

## For expenses advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/14/12 | E107 | Messenger service provided by Imbornone's to and from D. Daigle, invoice #6870-821. | 70.00 |
| 09/17/12 | E107 | Messenger service provided by Imbornone's to Dan Daigle, invoice #6870-821. | 20.00 |

|  |  |  |
|---|---|---|
|  | Total expenses advanced: | 90.00 |

| **Summary:** | **Current Invoice Total** | **$14,246.25** |
|---|---|---|
|  | Prior balance brought forward | $4,000.00 |
|  | Payments Applied to Prior Balance | $4,000.00 |
|  | **Total Balance Due** | **$14,246.25** |

# SULLIVAN STOLIER

**SULLIVAN STOLIER KNIGHT LC**

909 Poydras St., Suite 2600
New Orleans, LA 70112
504.561.1044 Phone
504.561.8606 Fax
thehealthlawcenter.com

*Federal Tax I.D. #: 27-3132424*

Invoice Date: October 31, 2012
Invoice Number 61364

*Dan Daigle, Mgr.*
**Crescent City Specialty Hospital**
804 N. Causeway Blvd.
Suite A
Metairie, LA 70001
**Regarding:**
File No: 4168-01
Healthcare regulatory/business matters

**Confidential & Privileged
Attorney-Client Communication**

**For professional services rendered:**

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/12/12 | TPH | Multiple conferences regarding relocation and acquisition; draft correspondence to Mike Rabalais regarding same. | 0.50 | |
| 10/23/12 | MB | Review and analysis of State survey report and noted deficiencies; confer re same. | 2.00 | |
| 10/24/12 | MB | Drafting table showing, in summary fashion, the deficiencies found by La.DHH and pertinent facts that may affect POC; confer re facts and re POC; Telephone call to Marie Riccio re status of transaction and re obtaining additional factual information. | 2.50 | |
| | | Total professional services: | 5.00 | 1,387.50 |

**Attorney Time Summary**

| | | | |
|---|---|---|---|
| Michelle Buford | 4.50 | 275.00 | $1,237.50 |
| Thuy P. Huynh | 0.50 | 300.00 | $150.00 |

**For expenses advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/10/12 | E131 | Long Distance Conference Call. | 14.87 |
| 09/19/12 | E131 | Long Distance Conference Call. | 1.97 |
| 10/31/12 | E101 | Copies | 0.15 |
| | | Total expenses advanced: | 16.99 |

**Summary:** **Current Invoice Total** $1,404.49

| | |
|---|---|
| Prior balance brought forward | $14,246.25 |
| **Total Balance Due** | **$15,650.74** |