# SULLIVAN STOLIER

**SULLIVAN STOLIER KNIGHT LC**

909 Poydras St., Suite 2600
New Orleans, LA 70112
504.561.1044 Phone
504.561.8606 Fax
thehealthlawcenter.com

*Federal Tax I.D. #: 27-3132424*

Invoice Date: September 30, 2012
Invoice Number 61145

*Mr. Charles Matthews*
**WJLT Hospital, L.L.C.**
1101 Medical Center Blvd.
7th Floor
Marrero, LA 70072

**Confidential & Privileged
Attorney-Client Communication**

**Regarding:**
File No: 4276-01
Healthcare regulatory/business matters regarding new LTCH

**For professional services rendered:**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/27/12 | SMS | Multiple calls with client and Kindred; review and revise LOI; review CA prepared by Kindred; prepare correspondence. | 4.00 |
| 09/27/12 | MRS | Confer on securing documentation; draft letter of intent including non-shop provision and due diligence. | 3.00 |
| 09/27/12 | LA | Researched entity names and legal status; revised letter of intent; formed LLC. | 2.00 |
| 09/28/12 | SMS | Telephone calls and conferences with Kindred and others; prepare correspondence; review and modify LOI; prepare additional correspondence in an effort to expedite. | 6.50 |

Total professional services: 15.50    5,522.50

**Attorney Time Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lauren Ambler | 2.00 | 200.00 | $400.00 |
| Michael R. Schulze | 3.00 | 325.00 | $975.00 |
| Stephen M. Sullivan | 10.50 | 395.00 | $4,147.50 |

**For expenses advanced:**

| | | |
|---|---|---|
| **Summary:** | **Current Invoice Total** | **$5,522.50** |
| | **Total Balance Due** | **$5,522.50** |

# SULLIVAN STOLIER

**SULLIVAN STOLIER KNIGHT LC**

909 Poydras St., Suite 2600
New Orleans, LA 70112
504.561.1044 Phone
504.561.8606 Fax
thehealthlawcenter.com

*Federal Tax I.D. #: 27-3132424*

Invoice Date: October 31, 2012
Invoice Number      61376

Mr. Jimmy Morgan
**WJLT Hospital, L.L.C.**
4018 Old Jeanerette Rd.
New Iberia, LA 70563
**Regarding:**
File No: 4276-01
Healthcare regulatory/business matters regarding
new LTCH

**Confidential & Privileged
Attorney-Client Communication**

### For professional services rendered:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/01/12 | SMS | Multiple conversations with client and others; review and respond to email; receive, review and discuss due diligence materials. | 4.00 |
| 10/03/12 | SMS | Telephone conference with Dan and Charles; review and revise transactional documents; prepare correspondence to Kindred counsel; participate in conference call with counsel; prepare post conference email; confer with client; telephone conference with M. Freeman and J. Morgan. | 7.00 |
| 10/04/12 | SMS | Telephone conference with Charles Matchers and Dan Daigle; telephone conference with Greg Miller at Kindred; report to client; telephone call with J. Morgan. | 2.00 |
| 10/05/12 | SMS | Prepare emails to Kindred; telephone conference with Greg Miller and Kindred counsel; telephone conference with Andrew Goodman, Kein Miller regarding closing details. | 6.50 |
| 10/08/12 | SMS | Telephone conference with Charles Matthews and Jimmy Morgan regarding issues related to acquisition; draft sweep agreement; review regulations; telephone conference with JP Morgan Chase; revise documents; telephone conference with Marie and Charles. | 7.00 |
| 10/08/12 | MRS | Draft sweep agreement. | 0.75 |
| 10/08/12 | LA | Re-filed LLC documents for WJLT Hospital, LLC. | 0.75 |
| 10/09/12 | SMS | Telephone conference with client; telephone conference with Kindred counsel and Greg Miller; prepare correspondence; review and revise documents; confer with client; telephone conference with Charles Matthews. | 6.00 |
| 10/09/12 | SMS | Draft and redraft operating agreement; prepare correspondence | 7.00 |

| | | | |
|---|---|---|---|
| | | and participate in numerous calls to determine accurate distribution of membership; telephone conference with Greg Miller; complete sweep agreement prepare correspondence to Kindred counsel. | |
| 10/11/12 | SMS | Numerous phone calls; emails, texts and document review; meet with Matthews and Daigle; review status of negotiations; outline document edits. | 8.00 |
| 10/12/12 | SMS | Review and respond to emails regarding OA; draft management contract; draft promissory note; redraft security agreement; participate in conference call with Kindred counsel; prepare correspondence explaining changes to documents and remaining issues. | 8.00 |
| 10/13/12 | SMS | Email from to C Matthews regarding manager position. | 0.25 |
| 10/14/12 | SMS | Telephone call with C Matthews regarding promissory note with Dr. Red; search and send Matthews the recent version of the promissory note. | 0.25 |
| 10/15/12 | SMS | Telephone call with Charles Matthews regarding Dr. Red and per request call to discuss items to stay at West Jefferson; Confer regarding salary provisions for Manager and Executive Services Agreements as well as Operating Agreement completed over the weekend; Email from Kindred, J. Stodghill with contracted physician and non physician contracts spreadsheets currently with KHWJ; review of same; Email from to C Matthews regarding amending shares to 91%, closing Wednesday, and materials that remain with hospital. | 4.25 |
| 10/15/12 | SMS | Confer regarding CHOI information and submissions for sale of Craig Ball's Luling facility to Charles Matthews. | 0.25 |
| 10/15/12 | MRS | Draft management agreement with Jimmy Morgan; telephone call with Tara Foto regarding lease agreement; confer regarding management agreement; confer regarding sales agreements and distribution agreements; review operating agreement; revise management agreement; draft executive agreement. | 5.25 |
| 10/15/12 | LA | Reviewed draft management agreement provisions re: HIPAA to ensure they are in compliance with current law. | 0.25 |
| 10/16/12 | SMS | Emails from to C Matthews regarding additional financing and confirmation of trust deposit; Emails to from Kindred, J. Stodghill regarding review of contracts, EFT, collected AR, and RehabCare Holdings Balance Sheet. | 5.50 |
| 10/16/12 | SMS | Review OA from M Riccio; Email to M Riccio regarding ownership percentages, amendments by a vote of 100% of members, draft management agreements for Red River and Charles as CEO; Multiple emails from to M Riccio regarding | 1.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | terms not acceptable for OA and those which are mandatory as well as necessity of signed OA prior to closing. | |
| 10/16/12 | SMS | Emails from to M Rabalais and J Morgan with their review of existing contracts, postage equipment, etc. to remain or not, licensing and certifications needed. | 0.25 |
| 10/16/12 | SMS | Emails to from A Goodman regarding Security Agreement, appropriate parties, and agreement of same; Emails from to J Stodghill regarding contract lists, equipment lists, and due diligence related items. | 0.75 |
| 10/16/12 | MRS | Draft management agreement for Jimmy Morgan's services; review and revise operating agreement; review numerous email correspondence; exchange several emails regarding deal points; review purchase agreements; numerous telephone calls regarding terms of agreements; revise and confer regarding security agreements; revise management agreement; review additional emails with negotiated terms; revise operating agreement through several drafts; forward to Marie Riccio; draft email explaining revisions to Section 6(h). | 8.25 |
| 10/17/12 | SMS | Emails to from J Stodghill and M Rabalais regarding wage reporting, personnel, pharmacy license, managed contracts, provider enrollment agreement, bill of sale, personal property, distribution agreement, etc. | 1.25 |
| 10/17/12 | SMS | Emails to from M Riccio, C Matthews, and Red River regarding the Operating Agreement for WJLT Hospital, L.L.C. and Management Agreement. | 1.00 |
| 10/17/12 | SMS | Email from A Goodman regarding final closing documents and UCC filings. | 0.25 |
| 10/17/12 | TPH | Multiple conferences calls with hospital teams regarding stock transfer issues and the requisite regulatory filings; multiple calls with LaBOP; multiple calls with Jennifer Thomas of Kean Miller; research and review pharmacy and CDS regulations for closure, change of ownership, and stock transfer; multiple calls with Robert Soigne and Jimmy Morgan regarding operational issues; call with DHH regarding stock transfer. | 5.00 |
| 10/17/12 | MRS | Revise management agreement for Jimmy Morgan's services; revise operating agreement; numerous phone calls regarding the agreements with Jimmy Morgan, Dan Daigle and Marie Riccio; review and revise executive agreement; exchange emails with Jeff Stodghill regarding agreements and financials; telephone call with Jeff regarding same; confer regarding wiring and closing details; revise agreements; review kindred agreements; coordinate closing packet with Kindred counsel. | 7.25 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/17/12 | LA | Revised Management Agreement to add survival termination provisions. | 0.25 |
| 10/17/12 | LA | Reviewed and revised Executive Services Agreement; Operating Agreement. | 1.00 |
| 10/18/12 | SMS | Confer regarding proposed plan for transfer of the narcotic permits and the plan/steps for handling the other licenses and permits. | 0.25 |
| 10/18/12 | SMS | Emails to from J Stodghill and C Matthews regarding confirmation of Buyer's personnel list; Rehabcare Holdings balance sheet, bill of sale, employee benefits. | 0.50 |
| 10/18/12 | SMS | Emails from to M Rabalais and J Morgan regarding patient long stays, allocating a per diem divided by patient days, payroll process, language for the Bill of Sale. | 0.25 |
| 10/18/12 | TPH | Multiple calls with Jimmy Morgan and Charles Matthews; multiple calls with Jennifer Thomas; review Bill of Sale; draft narcotic applications. | 2.00 |
| 10/18/12 | MRS | Review closing documents; revise bill of sale; numerous telephone calls and emails with client and opposing counsel; prepare for closing; arrange for wire; forward documents to Kindred; receipt and review changes; meet with Charles Matthews for signatures; forward signed agreements. | 9.25 |
| 10/18/12 | LA | Reviewed and revised Executive Services Agreement; reviewed financial documents. | 1.25 |
| 10/19/12 | SMS | Email from to J Stodghill and B Abdelahad regarding pharmacist access to Medics, the Health Care Systems Maintenance Agreement. Confer regarding same. | 0.50 |
| 10/19/12 | TPH | Multiple conferences regarding licensure and certification filings; multiple calls with Kean Miller regarding same; complete initial draft of applications; draft list of pending information. | 1.75 |
| 10/19/12 | MRS | Confer regarding lingering contract and other post sale issues; confer with Jimmy Morgan regarding contracts and bank accounts; review lease agreement; telephone conference with Louisiana Secretary of State. | 4.00 |

Total professional services: 119.00   43,277.50

**Attorney Time Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lauren Ambler | 3.50 | 200.00 | $700.00 |
| Michael R. Schulze | 34.75 | 325.00 | $11,293.75 |

| | | | |
|---|---|---|---|
| Stephen M. Sullivan | 72.00 | 395.00 | $28,440.00 |
| Thuy P. Huynh | 8.75 | 325.00 | $2,843.75 |

**For expenses advanced:**

| | | | |
|---|---|---|---|
| 10/18/12 | E107 | Worldwide Express charge for delivery to Kindred Healthcare, invoice #699332. | 38.00 |
| | | Total expenses advanced: | 38.00 |

| | | |
|---|---|---|
| **Summary:** | **Current Invoice Total** | **$43,315.50** |
| | Prior balance brought forward | $5,522.50 |
| | **Total Balance Due** | **$48,838.00** |