UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES MATTHEWS, individually; | ) | CIVIL ACTION |
| CHARLES MATTHEWS, | | |
| on behalf of his membership, ownership | | NO. 2:13-CV-06638 |
| or equity interest in the following: | ) | |
| WJLT, L.L.C., Camillus Specialty Hospital, L.L.C., | | SECTION H(2) |
| f/d/b/a Crescent City Hospital; | | |
| Lazarus Healthcare, L.L.C.; | | |
| Louisiana Specialty Hospital, L.L.C. | | |
| f/d/b/a Jefferson Extended Care; | | |
| New Orleans Rehabilitation Hospital in Luling, | | |
| and his wife SHERITA MATTHEWS | ) | |
| *Plaintiffs* | | |

*Versus*

| | | |
|---|---|---|
| JACK STOLIER, STEPHEN M. SULLIVAN; | ) | JUDGE JANE TRICHE MILAZZO |
| SULLIVAN STOLIER, A PARTNERSHIP; | ) | |
| SULLIVAN STOLIER AND RESOR, A PROF | | |
| LAW. CORP, | ) | |
| SULLIVAN STOLIER KNIGHT, L.C.; | | |
| d/b/a THE HEALTH LAW CENTER; | ) | |
| MICHAEL SCHULZE, | ) | |
| RED RIVER HEALTHCARE MANAGEMENT | | |
| COMPANY, L.L.C.; | ) | |
| JAMES MORGAN, CONNIE MORGAN; | ) | |
| JEFFERSON, LTAC, L.L.C. ("JLTAC"); | ) | MAGISTRATE JUDGE |
| CNA INSURANCE COMPANY; | ) | WILKINSON |
| XYZ INSURANCE COMPANY | ) | |
| *Defendants* | | **3rd Amending and Supplementing Complaint** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIRD AMENDING AND SUPPLEMENTING COMPLAINT
(SUBSTITUTING THE PROPER PROFESSIONAL LIABILITY ENTITES UNDER
LOUISIANA DIRECT ACTION STATUTE)**

NOW COME, Plaintiffs, Charles Matthews and Sherita Matthews et.al., who hereby

amend and supplement the Original Complaint (Rec. Doc. 1-1) to substitute the true identity of

the PROFESSIONAL LIABILITY insurers identified in the ORIGINAL Complaint as CNA

1

Insurance Company and XYZ Insurance Company, with the identity of the insurers identified by the Defendants, for the first time in the Rule 26 Initial Responses in July 2015, as attached hereto as Exhibit A pursuant to FRCP Rule 15 and to state further as follows:

285.

The general paragraphs of the Original Petition and the First Amending and Supplementing Complaint para 1 through 179 and the Second Amending and Supplementing Complaint (para 180 through 284) are repeated and included herein as if set forth expressly. All paragraph numbers contained in this Third Amending and Supplementing Complaint will carry forward from the last numbered paragraph of the Second Amending and Supplementing Complaint, which was paragraph 284.

286.

AMENDMENT

INSURER DEFENDANTS

PARAGRAPH 1, Sub paragraph K OF THE ORIGINAL PETITION/COMPLAINT WHICH (REC. DOC. 1-1 para 1(K) p. 2) identified CNA INSURANCE COMPANY, as the insurance company which on information and belief, insured the law firm entities and other certain persons made defendant herein and being sued herein (Rec. Doc.1, para 1 pp 2-3) pursuant to the Louisiana Direct Action Statute, LSA R.S. 22:655 and former R.S. 22:1269 re-designated as R.S. 22:443 by Acts 2008, No. 415, §1, eff. Jan. 1, 2009. That sub paragraph K, naming CNA, is deleted from the Complaint, and replaced with the identity of the insurers as revealed in the Initial Disclosures, specifically, Sub paragraph K, is amended and replaced to identify the proper insurers for the law firm and affiliated entities/persons, employees, and agents, being sued under LSA R. S. 22:443 and should therefore read as follows:

### K-1) WESTPORT INSURANCE COMPANY:

Also made defendant here pursuant to LSA R. S. 22:443 is Westport Insurance Company ("Westport"), an insurance company authorized to do and doing business within the State of Louisiana and which according to policy number WLA308010627400 issued a claims made policy of insurance (renewal) of the named insured defendant Sullivan Stolier Knight LC, with retroactive dates of coverage that are effective for providing liability coverage to all claims asserted herein against Stephen M. Sullivan, Jack M. Stolier, Vincent J Knight, Michael R. Schulze as well as for the action of law firm employees including but not limited to Thuy P. Huynh, (Bate stamp SSK 00026), as well as for the actions of any partner, officer, director, stockholder, share holder, employee or "of counsel" of the named insured as well as any "past or present non-lawyer, employee or independent contractor attorney of the named insured for profession services rendered on behalf of the named insured. (SSK 00030). The policy also insures as "additional named insureds" per endorsements the named insured Sullivan Stolier Knight LC, and endorsements effective Stephen M. Sullivan effective on Sullivan Stolier and Knight Law firm.

### K-2) NORTH RIVER INSURANCE COMPANY

Also made defendant here pursuant to LSA R. S. 22:443 is North River Insurance Company ("North River"), an insurance company authorized to do and doing business within the State of Louisiana and which according to policy number 550-101368-7 issued a claims made excess policy of insurance to the named insured defendant, Sullivan Stolier Knight LC, business is stated to be 909 Poydras Suite 2600 NOLA 70112, effective June 8,2013 to June 8, 2014. (SSK 00043)

### K-3) AXIS SURPLUS INSURANCE COMPANY

Also made defendant herein pursuant to LSA R. S. 22:443 et. Seq. is AXIS SURPLUS INSURANCE COMPANY ("AXIS PRO policy"), an insurance company authorized to do and doing business within the State of Louisiana.  The AXIS PRO policy, according to policy number ENN717871/01/2012 is a claims made policy of LM LAWYERS PROFESSIONAL LIABILITY INSURANCE for the policy period June 8, 2012 to June 8, 2013 (Bate #SSK00003). It was issued to the named insured, defendant, "Sullivan Stolier Kovata Knight LC" (and to predecessor firm, Sullivan Stolier Resor Kovata LLC and named defendant, Sullivan Stolier and Resor LLC) with  business address stated to be 909 Poydras Suite 2600 NOLA  70112.  The insureds under the policy terms are the "Insured individuals and the Firm" and includes "directors, officers, members, counsel and of counsel" as well as "any individuals compensated by the Firm through wages, salary and /or commissions and whose labor or service is directed by the Firm…" as well as "volunteers" whose labor or service is directed by the Firm"; and :individuals contracted to perform work or who are independent contractors if the Firm has agreed to indemnify them" (SSK 00006).

By Endorsement Number 1 added as  "additional insured's"  are the following legal entities, "Jack M. Stolier, L.L.C.", "SM Sullivan LLC", "James P. Kovata LLC" and "Vinson J, Knight, LLC" and whose business addresses are stated to be 909 Poydras Suite 2600 NOLA  70112, effective June 8,2012 to June 8, 2013 (Bate # SSK 00015).

### K-4) TORUS SPECIALTY INSURANCE COMPANY

Also made defendant herein  pursuant to LSA R. S. 22:443 et. Seq. is Torus Specialty Insurance Company ("Torus"), an insurance company authorized to do and doing business within the State of Louisiana and which according to policy number 07308B121APL issued a excess policy of insurance to the named insured, defendant, "Sullivan Stolier & Kovata Knight

LC" whose business address is stated to be 909 Poydras Suite 2600 NOLA  70112, effective June 8,2012 to June 8, 2013 (Bate # SSK 00017), which policy is issued as excess to the underlying policy, ADIS Surplus Insurance Company to be attached to and form part of Policy Number ENN 717871/01/2012  effective June 8, 2012 ("SSK 00016).

PRAYER FOR RELIEF

WHEREFORE, after due proceedings are had, plaintiffs pray for the issuance of Judgment of this Court in plaintiffs favor, as prayed for previously in the premises, against DIRECT ACTION DEFENDANTS **WESTPORT INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY AND TORUS SPECIALTY INSURANCE COMPANY,  JOINTLY SEVERALLY AND IN SOLIDO WITH THE OTHER DEFENDANTS PREVIOUSLY NAMED HEREIN,** including but not limited to MONETARY COMPENSATORY DAMAGES, and ALL EQUITABLE RELIEF AS ALLOWED BY LAW OR CONTRACT, for trial by jury, jointly, severally and *in solido*, with the previously named Defendants or as allowed by law under Louisiana Civil Coder Art. 2324, together with pre judgment and post judgment interest, penalties, costs, and all just relief as allowed by law.

Respectfully Submitted,

BY: */s/ Marie Riccio Wisner*
LAW OFFICES OF MARIE RICCIO WISNER (#11214)
700 CAMP STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 528-9500 EXT 239
FACSIMILE (206) 457-1945

        EMAIL: marie@officericcio.com
        Counsel for Plaintiffs

PLEASE SERVE PURSUANT TO THE LOUISIANA LONG ARM STATUTE
SECRETARY OF STATE OF LOUISIANA

THE FOLLOWING FOREIGN INSURERS:

1) AXIS SURPLUS INSURANCE COMPANY
Headquarters at 303 West Madison, Suite 500, Chicago Ill 60606 (866)259-5435

2)TORUS SPECIALTY INSURANCE COMPANY
Principal Place of Business Harborside Financial Center Plaza 5, Suite 2900
Jersey City, New Jersey 07311 (888 220 8477)

3)WESTPORT INSURANCE CORPORATION
222 West Adams, Suite 2300, Chicago, IL 60606 (913-676-5200)

4)NORTH RIVER INSURANCE COMPANY
305 Madison Ave., Morristown, NJ 07952 (973-490-6600)

PLEASE SERVE BY REGISTERED MAIL WITH RETURN RECEIPT REQUESTED
AXIS U.S. INSURANCE
ATTENTION: CLAIMS ADMINISTRATOR
11680 GREAT OAKS WAY, SUITE 500, ALPHARETTA, GA 30022

## **CERTIFICATEOF SERVICE**

I hereby certify that on July 30, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties through their counsel of record and all others will be served as required by law.

           ___/s/__*Marie Riccio Wisner*__
           MARIE RICCIO WISNER