UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES MATTHEWS, ET AL., | ) | CIVIL ACTION |
| Plaintiffs | ) | |
| | ) | NO. 13-6638 |
| VERSUS | ) | |
| | ) | SECTION "H" (2), JUDGE MILAZZO |
| JACK STOLIER, ET AL., | ) | |
| Defendants | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |

# ORDER

Considering the above and foregoing Motion for Leave to Enter Consent Protective Order ("Motion") filed by the current Parties to this suit;

**IT IS HEREBY ORDERED** that Defendants' Motion be and hereby is **GRANTED**, and that the Court shall file and enter into the Consent Protective Order attached to the Motion.

New Orleans, Louisiana, this 13th day of November, 2015

_____
United States Magistrate Judge